■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE THOMAS, Also Known as FEE THOMAS, Appellant.— Judgment of the County Court, Westchester County, rendered October 28, 1971, affirmed. No opinion. Appellant's brief relied on factual matter not in the record. We again note our disapproval of this practice (*People* v. *McIntyre,* 40 A D 2d 1038 [case 14]). Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Christ, JJ., concur.